**Albert Kell, appellee, v. Thomas J. Armstrong and Sylvester C. Garrison, trading as Armstrong & Garrison, appellants.**
Action for damages for breach of contract of purchase. Judgment for plaintiff. Appeal from the Circuit Court of Marion county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the

October term, 1926. Reversed and remanded Opinion filed February 19, 1927.

Holt & Holt, for appellants. Wham & Wham, for appellee.

Mr. Justice Higbee delivered the opinion of the court.